UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
October 30, 2025

| | |
|---|---|
| DIONDRE HARVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:25-cv-155-TWP-MKK |
| ) | |
| HOTEL EQUITIES GROUP, LLC d/b/a ) | |
| HOLIDAY INN EXPRESS ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Diondre Harvey and Defendant Hotel Equities Group, LLC d/b/a Holiday Inn Express, by counsel, submit their Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties respectfully stipulate to the dismissal of the above-captioned action, with prejudice, and with each party to bear their own fees and costs.

/s/ Brenly Pereira
Brenly Pereira
Andrew Dutkanych
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991-4765
Facsimile: (812) 424-1005
bpereira@bdlegal.com
ad@bdlegal.com

*Attorneys for Plaintiff*
*Diondre Harvey*

/s/ Michael W. Padgett (with permission)
Michael W. Padgett
Brittany C. Stradling
JACKSON LEWIS P.C.
211 North Pennsylvania Street, Suite 1700
Indianapolis, IN 46204
Telephone: (317) 489-6930
Facsimile: (317) 489-6931
michael.padgett@jacksonlewis.com
brittany.stradling@jacksonlewis.com

*Attorneys for Defendant*
*Hotel Equities Group, LLC d/b/a Holiday*
*Inn Express*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 27, 2025, a true and accurate copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically with the Court. Parties may access this filing through the Court's system. Notice of this filing will be sent to attorneys of record by operation of the Court's electronic filing system.

*/s/ Brenly Pereira*
Brenly Pereira